■ GOVERNMENT EMPLOYEES INSURANCE Co. et al., Appellants, v AVANGUARD MEDICAL GROUP, PLLC, Respondent. [1 NYS3d 820]—In an action for a judgment declaring that the plaintiffs are not required to reimburse the defendant for facility fees as payable first-party benefits under Insurance Law § 5102, the plaintiffs appeal, as limited by their brief, from so much of an amended order of the Supreme Court, Nassau County (Sher, J.), dated May 31, 2012, as denied their motion to stay certain related actions commenced against them by the defendant for reimbursement of facility fees as payable first-party benefits under Insurance Law § 5102 and to preliminarily enjoin the defendant from commencing any further actions against them to recover reimbursement for facility fees as payable first-party benefits under Insurance Law § 5102 pending hearing and determination of this action.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

In light of this Court's determination in a related appeal (*see Government Empls. Ins. Co. v Avanguard Med. Group, PLLC*, 127 AD3d 60 [2015] [decided herewith]), the appeal in this case has been rendered academic. Balkin, J.P., Dickerson, Leventhal and Roman, JJ., concur. **[Prior Case History: 2012 NY Slip Op 31331(U).]**